DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**C.S.,** the Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and
**GUARDIAN AD LITEM,**
Appellees.

No. 4D2023-2256

[April 1, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacey Schulman, Judge; L.T. Case No. 21-002196-DP.

Sean William Conway, DeLand, for appellant.

Carolyn Schwarz of Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

Morgan Lyle Weinstein of Twig, Trade & Tribunal, PLLC, Fort Lauderdale, and Sara Elizabeth Goldfarb and Sarah Todd Weitz, Tallahassee, for appellee Guardian Ad Litem.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***